IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TRUJILLO,<br>Individually and On Behalf of All<br>Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CHECK AGENCIES OF CALIFORNIA, INC.<br>D/B/A CHECK CENTER, a California<br>corporation,<br><br>        Defendant. | Case No. 4:20-cv-03237-HSG<br><br>**ORDER (as modified)** |

Pursuant to the Stipulation to Extend Deadline for Defendant to Respond to Plaintiff's Complaint, and good cause appearing:

IT IS HEREBY ORDERED that Defendant Check Agencies of California, Inc. d/b/a Check Center may have up to and including August 31, 2020, in which to answer or otherwise respond to Plaintiff's Complaint.

IT IS FURTHER ORDERED that the Telephonic Case Management Conference presently scheduled for August 11, 2020 is continued until September 15, 2020 at 2:00 p.m. All counsel shall use the following dial-in information to access the call: Dial-In: 888-808-6929/Passcode: 6064255.

For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. The parties are further advised to ensure that the Court can hear and understand them clearly before speaking at length.

All case management related deadlines, including the Rule 26(f) conference, ADR election form, and Case Management Statement deadline are continued accordingly.

Dated: July 21, 2020

Haywood S. Gilliam, Jr.
United States District Judge