Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Michael Trujillo, et al.,

Plaintiff(s),

v.

Check Agencies of California

Defendant(s).

Case No: 4:20-cv-03237-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Patrick H. Peluso, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff and the alleged Class in the above-entitled action. My local co-counsel in this case is David Ratner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3900 E. Mexico Avenue, Suite 300 Denver, CO 80210 | 1990 N. California Blvd., Suite 20 Walnut Creek, CA 94596 |
| MY TELEPHONE # OF RECORD: 720-213-0676 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: 925-239-0899 |
| MY EMAIL ADDRESS OF RECORD: ppeluso@woodrowpeluso.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: david@ratnermolineaux.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 47642.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 7/10/2020

/s/ Patrick H. Peluso
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Patrick H. Peluso is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/22/2020

Haywood S. Gill
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



## State of Colorado,

STATE OF COLORADO, ss:

I, ~~Cheryl Stevens~~ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

~~Patrick Harry Peluso~~

has been duly licensed and admitted to practice as an

# Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ~~3rd~~ day of ~~November~~ A. D. ~~2014~~ and that at the date hereof the said ~~Patrick Harry Peluso~~ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this ~~9th~~ day of ~~June~~ A. D. ~~2020~~

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk